**In the Interest of: M.A.S., Juvenile Officer, Respondent,**

v.

**F.K.S., Appellant.**

**No. WD 70201.**

Missouri Court of Appeals, Western District.

June 23, 2009.

Jack A. Lewis, Lucretia A. Myers, Kansas City, MO, for appellant.

William E. Shull, Jr., Liberty, MO, for respondent.

Before DIVISION THREE: HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS and LISA WHITE HARDWICK, Judges.

**ORDER**

PER CURIAM.

F.K.S. appeals from a judgment terminating parental rights to her son, M.A.S. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).